IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DALE MAISANO, | ) |
| Plaintiff. | ) |
| v. | ) Case No. 3:13-0499 |
| | ) Chief Judge Haynes |
| CORIZON HEALTH SERVICES, INC., et al., | ) |
| Defendants. | ) |

## O R D E R

By Order of May 31, 2013 (Docket Entry No. 5), Plaintiff was ordered to pay the filing fee or risk dismissal of this action. To date, Plaintiff has not paid the filing fee. Plaintiff filed an emergency notice of appeal (Docket Entry No. 9).

As the prior Order is not a Final Order, and Plaintiff has not complied with the Court's Order, this action is **DISMISSED without prejudice**.

This is the Final Order in this action.

Any appeal of this Order is not in good faith, as required by 28 U.S.C. § 1915(a)(3)..

It is so **ORDERED**.

ENTERED this the ___ day of July, 2013.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court